UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE
2007 OCT 25 A 9: 25
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| CARTIER INTERNATIONAL N.V. and CARTIER, A DIVISION OF RICHEMONT NORTH AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ANNA BROWN, INDIVIDUALLY and D/B/A TRESCHICBOUTIQUE D/B/A TRESCHIC DESIGNS D/B/A TUTTU4U D/B/A TUTTU4U ACCESSORIES, JOHN and JANE DOES 1-100 and XYZ CORPORATIONS 1-100, <br><br> Defendants. | C.A. NO. _____ <br><br> CARTIER INTERNATIONAL N.V. and CARTIER, A DIVISION OF RICHEMONT NORTH AMERICA, INC.'S APPLICATION TO IMPOUND FILE PENDING HEARING ON ORDER TO SHOW CAUSE <br><br> AND <br><br> REQUEST FOR ORAL ARGUMENT <br><br> FILED UNDER SEAL PURSUANT TO 15 U.S.C. § 1116 |

**07 CA 12027 EFH**

Plaintiffs Cartier International N.V. and Cartier, a division of Richemont North America, Inc. (collectively, "Plaintiff") respectfully requests that this Court impound the file in this matter until the date for hearing on Plaintiff's motion for a preliminary injunction, pursuant to Local Rule 7.2.

In this action, Plaintiff is requesting an *ex parte* temporary restraining order and preliminary injunctive relief for trademark counterfeiting pursuant to the Trademark Counterfeiting Act of 1984, 15 U.S.C. § 1116(d) (the "Act"). Impounding the file is necessary, in the first instance, to prevent Defendants from learning of these proceedings prior to the service of any temporary restraining order. If Defendants were to learn of these proceedings prematurely, the likely result would be the removal, destruction or other disposal of products bearing the counterfeit marks and relevant documentary evidence, which would frustrate the

CARTIER INTERNATIONAL N.V. and CARTIER, A DIVISION OF RICHEMONT NORTH AMERICA, INC.'S APPLICATION TO IMPOUND FILE PENDING HEARING ON ORDER TO SHOW CAUSE AND REQUEST FOR ORAL ARGUMENT - Page 1

NY 238457787v2 10/8/2007

purposes underlying the Act and would interfere with this Court's power to grant meaningful relief. At the same time, impounding the file is appropriate to protect the Defendants from unwarranted publicity prior to the Defendants having an opportunity to respond to Plaintiff's motion for a preliminary injunction. This too is within the policy of the Act. A Proposed Impoundment Order is submitted herewith.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), Plaintiff hereby requests oral argument on its application to impound the file in this matter until the date for hearing on Plaintiff's motion for a preliminary injunction. In respect of Plaintiff's premier product line of Cartier jewelry ("Plaintiff's Product") Plaintiff is confronted with a counterfeiting ring, by its nature deceptive and irreparably damaging to Plaintiff's reputation and goodwill. For the reasons set forth above concerning the risk of Defendants' removal, destruction or other disposal of products bearing the counterfeit marks and relevant documentary evidence should they learn of these proceedings prematurely, Plaintiff requests this Court to grant oral argument on this application.

Dated: October 23, 2007.

**CARTIER INTERNATIONAL N.V. and CARTIER, A DIVISION OF RICHEMONT NORTH AMERICA, INC.'S APPLICATION TO IMPOUND FILE PENDING HEARING ON ORDER TO SHOW CAUSE AND REQUEST FOR ORAL ARGUMENT - Page 2**

NY 238457787v2 10/8/2007

|  |  |
|---|---|
| | Respectfully submitted, |
| Harley I. Lewin (HL 1819) | |
| GREENBERG TRAURIG, LLP | |
| 200 Park Avenue, 20th Floor | |
| New York, NY 10166 | |
| (212) 801-9200 | John Steen BBO #629477 |
| (Application for admission Pro Hac Vice pending) | Thomas O'Donnell BBO #648130 |
| | GREENBERG TRAURIG, LLP |
| | One International Place, 20th Floor |
| Katherine Compton | Boston, MA  02110 |
| GREENBERG TRAURIG, LLP | Tel:  (617) 310-6000 |
| State Bar No. 04652100 | Fax:  (617) 310-6001 |
| 2200 Ross Avenue | |
| Suite 5200 | |
| Dallas, Texas 75201 | *ATTORNEYS FOR PLAINTIFFS CARTIER* |
| Tel: (214) 665-3660 | *INTERNATIONAL N.V. AND CARTIER, A DIVISION* |
| Fax:  (214) 665-5960 | *OF RICHEMONT NORTH AMERICA, INC.* |
| (Application for admission Pro Hac Vice pending) | |

CARTIER INTERNATIONAL N.V. and CARTIER, A DIVISION OF RICHEMONT NORTH AMERICA,
INC.'S APPLICATION TO IMPOUND FILE PENDING HEARING ON ORDER TO SHOW CAUSE
AND REQUEST FOR ORAL ARGUMENT - Page 3

NY 238457787v2 10/8/2007

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CARTIER INTERNATIONAL N.V. and CARTIER, A DIVISION OF RICHEMONT NORTH AMERICA, INC., | § § § § § § § § § § § § § § § § § § § § | C.A. NO. _____ [PROPOSED] ORDER GRANTING CARTIER INTERNATIONAL N.V. and CARTIER, A DIVISION OF RICHEMONT NORTH AMERICA, INC.'S APPLICATION TO IMPOUND FILE PENDING HEARING ON ORDER TO SHOW CAUSE FILED UNDER SEAL PURSUANT TO 15 U.S.C. § 1116 |
| Plaintiffs, | | |
| v. | | |
| ANNA BROWN, INDIVIDUALLY and D/B/A TRESCHICBOUTIQUE D/B/A TRESCHIC DESIGNS D/B/A TUTTU4U D/B/A TUTTU4U ACCESSORIES, JOHN and JANE DOES 1-100 and XYZ CORPORATIONS 1-100, | | |
| Defendants. | | |

**WHEREAS**, pursuant to Local Rule 7.2, Cartier International N.V. and Cartier, a division of Richemont North America, Inc. ("Plaintiff") has applied for an order to impound the file in this action until the date for hearing on Plaintiff's motion for a preliminary injunction; and

**WHEREAS** the Court has reviewed the Complaint, declarations, exhibits and memorandum of law submitted by Plaintiff in this matter; it is therefore

**ORDERED** that this action shall remain sealed by the Court until the date for hearing on Plaintiff's motion for a preliminary injunction, at which time the Clerk may remove the seal and impoundment order. Plaintiff shall withhold publication of any items related to this action until such date.

Signed on this ___ day of October, 2007.

_____
United States District Judge