UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2007 NOV 14 A 11: 07

| | |
|---|---|
| CARTIER INTERNATIONAL N.V. and CARTIER, A DIVISION OF RICHEMONT NORTH AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ANNA BROWN, individually, and d/b/a TRESCHICBOUTIQUE d/b/a TRESCHIC DESIGNS d/b/a TUTTU4U d/b/a TUTTU4U ACCESSORIES; JOHN MARK BROWN, individually; JUNG HO CHO, individually, and d/b/a RICH AT 29TH CORP d/b/a RICH @29 d/b/a WWW.RICH29.COM; and JOO RAN CHO, individually, and d/b/a RICH AT 29TH CORP d/b/a RICH @29 d/b/a WWW.RICH29.COM; RICH AT 29TH CO., a New York Corporation; AGAIN TRADING CORP., a New York corporation, and JOHN and JANE DOES 4-100 and XYZ CORPORATIONS 3-100 (unidentified), <br><br> Defendants. | C.A. NO. 07-12027 (EFH) <br><br> DECLARATION OF JUNG HO CHO, individually, and d/b/a RICH AT 29TH CORP d/b/a RICH @29 and d/b/a WWW.RICH29.COM, IN SUPPORT OF CARTIER INTERNATIONAL N.V. and CARTIER, A DIVISION OF RICHEMONT NORTH AMERICA, INC.' SHOW CAUSE HEARING FOR A PRELIMINARY INJUNCTION AGAINST AGAIN TRADING CORP. <br><br> [FILED UNDER SEAL PURSUANT TO 15 U.S.C. § 1116] |

JUNG HO CHO, individually, and d/b/a RICH AT 29TH CORP d/b/a RICH @29 d/b/a WWW.RICH29.COM, of full age, under penalty of perjury, declares and states as follows:

1. I am a defendant in the above case brought by Cartier International N.V. and Cartier, a division of Richemont North America, Inc. (collectively, "Cartier" or "Plaintiffs") against ANNA BROWN, individually, and d/b/a TRESCHICBOUTIQUE d/b/a TRESCHIC DESIGNS d/b/a TUTTU4U d/b/a TUTTU4U ACCESSORIES; JOHN

MARK BROWN, individually; JUNG HO CHO, individually, and d/b/a RICH AT 29TH CORP d/b/a RICH @29 d/b/a WWW.RICH29.COM, and JOO RAN CHO, individually; and d/b/a RICH AT 29TH CORP d/b/a RICH @29 d/b/a WWW.RICH29.COM; RICH AT 29TH CO., a New York Corporation; and AGAIN TRADING CORP.  I have personal knowledge of the pleadings filed in this matter and the facts set forth herein. I make this declaration (the "Cho Dec.") in support of Cartier's Show Cause Hearing for Preliminary Injunction against Again Trading Corp.

   2.   On October 25, 2007 the Court granted a Temporary Restraining Order, Seizure Order, Order Restraining Assets, Expedited Discovery Order, Order Sealing the File and Order to Show Cause for Preliminary Injunction (the "TRO") having found sufficient evidence that Defendants, including ANNA BROWN, individually, and d/b/a TRESCHICBOUTIQUE d/b/a TRESCHIC DESIGNS d/b/a TUTTU4U d/b/a TUTTU4U ACCESSORIES; and certain unnamed JOHN and JANE DOES and XYZ CORPORATIONS were selling counterfeit products ("Counterfeit Products") bearing Plaintiffs' well-known trademarks and trade names (collectively, "Cartier Marks") and Cartier Trade Dress (as defined in the Complaint (as amended, the "Complaint").

   3.   On October 30, 2007, Cartier representatives, including investigators, properly served me and conducted a seizure at my premises located at 1205 Broadway, New York, New York 10001 ("My Premises"). An invoice was seized at My Premises reflecting that the upstream seller of the allegedly Counterfeit Products which I purchased was Again Trading Corp., located at 1239 Broadway, 12th Floor, New York, New York, 10001. I certify that a true and correct copy of the invoice I received from Again Trading

Corp., reflecting that I purchased 14 dozen allegedly Counterfeit Products referred to in the invoice as Item # 1350 from Again Trading Corp. is attached hereto as Exhibit "A".

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this __13__ day of __NOVEMBER__, 2007, at New York, New York.

                                                JUNG HO CHO, individually, and d/b/a
RICH AT 29TH CORP d/b/a RICH @29
d/b/a WWW.RICH29.COM

**AGAIN TRADING CORP.**
1239 Broadway 12th Floor
NEW YORK, NEW YORK 10001
Telephone: (212) 779-9886
Fax: (212) 779-9897
Email: againtrade@aol.com

# INVOICE

R-66

DATE: 08/09/07

TO: RICH 29
1207 BROADWAY
NEW YORK, NY 10001

Terms: C.O.D. CHECK 30 DAYS

| Quantity | Description | | Price | Amount |
|---|---|---|---|---|
| 10 | B3287/SW BRACELET | 2 | 16 — | 800 — |
| (14) | B1340/GN | 1 | 16 — | 224 |
| (26) | B1357/GW | 1 | 16 — | 416 |
| (26) | B1357/SW | 1 | 16 — | 416 — |
| (30) | B1352/SW | 1 | 16 — | 480 |
| | | | | 2336 — |

9/10/07
#8589
2336

DUPLICATE    Thank You

EXHIBIT A